UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO MARQUEZ,<br><br>        Petitioner,<br><br>    v.<br><br>K. PROSPER, WARDEN,<br><br>        Respondent. | CASE NO. CV 07-3615-DOC (PJW)<br><br>ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge and has considered *de novo* the portions of the Report as to which objections have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

DATED: 7-21-2009

*David O. Carter*
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\MARQUEZ, R 3615\Order accep r&r.wpd