UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERTO MARQUEZ, | ) | CASE NO. CV 07-3615-DOC (PJW) |
| Petitioner, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| K. PROSPER, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 7.21.2009

*David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\MARQUEZ, R 3615\Judgment.wpd